**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MASTERCARD INCORPORATED,<br><br>    Defendant. | Civil Action No. 1:14-cv-00089-SLR<br><br>Judge Sue L. Robinson |

**NOTICE OF SETTLEMENT**

The parties to this action, Joao Bock Transaction Systems, LLC (hereinafter, "JBTS") and MasterCard Incorporated (hereinafter, "MasterCard") hereby notify the Court that the parties have reached a settlement of this matter, anticipate having the settlement fully consummated very shortly, and expect to file a Stipulation of Dismissal of all pending claims within the next thirty (30) days. As a result of their settlement, the parties will refrain from filing any documents for this matter (other than a Dismissal), including MasterCard's Answer to JBTS's First Amended Complaint which is currently due on April 28, 2014.

Respectfully submitted this 17th day of April, 2014.

|  |  |
|---|---|
|  | *Attorneys for Plaintiff*<br>*Joao Bock Transaction Systems, LLC* |
|  | */s/ Stamatios Stamoulis* |
| **STAMOULIS & WEINBLATT LLC** | Stamatios Stamoulis #4606<br>    stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>    weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540 |

**HENINGER GARRISON DAVIS, LLC**   Steven W. Ritcheson, *Pro Hac Vice Anticipated*
swritcheson@hgdlawfirm.com
9800 D Topanga Canyon Boulevard, #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (205) 326-3332

Maureen V. Abbey, *Pro Hac Vice Anticipated*
maureen@hgdlawfirm.com
220 St. Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (205) 547-5500

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel. In addition, counsel for Defendant MasterCard Incorporated have also been served of a copy of this document by electronic mail.

                                               *s/ Stamatios Stamoulis*
                                               Stamatios Stamoulis #4606