**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INCORPORATED,<br><br>Defendant. | Civil Action No. 1:14-cv-00089-SLR |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule Of Civil Procedure 41(a)(1), Plaintiff Joao Bock Transaction Systems, LLC hereby notifies the court that, pursuant to the terms of a confidential settlement agreement, all of its claims in this matter are dismissed with prejudice.  Defendant MasterCard Incorporated has not filed an Answer to the Complaint, and has not filed a Motion for Summary Judgment in this matter.

Dated: May 2, 2014

STAMOULIS & WEINBLATT

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Joao Bock Transaction Systems, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.  In addition, counsel for Defendant MasterCard Incorporated have also been served of a copy of this document by electronic mail.

 *s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606